# MILLER V. THE STATE.

### (Decided June 18, 1908.)

Appeal from Jefferson Criminal Court.

Heard before Hon. S. L. Weaver.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J. There was no error in the admission of evidence, and the cause is affirmed.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.